Mickle *v.* Brewer.

ISAAC MICKLE *v.* EDMUND BREWER.

*Same* v. *Same.*

Two several writs of *scire facias* to revive two several executions by the same plaintiff against the same defendant, cannot be consolidated.

Executions of *fieri facias de bonis et terris* issued on two judgments obtained in this court by Isaac Mickle against Edmund Brewer, had been placed in the hands of John Baxter, Sheriff of Gloucester, who, having levied the same on the goods, chattels and lands of the defendant, died without a sale of the property levied on. Under orders of this court a special *scire facias* had issued in each case against the defendant to shew cause why the property levied on should not be sold, *Rev. Laws*, 303, sec. 3. The defendant had appeared and pleaded in each case and now by *White* his counsel moved that they should be consolidated. *Sloan* opposed the motion and insisted that separate writs were regular and lawful, and suggested his belief that the property levied on was not in both cases entirely the same.

*By the Court*—If a plaintiff bring several suits where one might equally subserve his purpose the court will order them consolidated. But that principle is not applicable here; separate writs of *scire facias* were proper; more obviously perhaps, but not more certainly so, if the property levied on by the executions is not the same.

Motion overruled.